# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| COS-LA Guam, LLC | ) ASBCA No. 61510 |
| | ) |
| Under Contract No. FA5240-10-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:      Kevin A. Rosenfield, Esq.
Mark G. Jackson, Esq.
Jackson Rosenfield, LLP
Seattle, WA

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $121,690.75. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: 23 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61510, Appeal of COS-LA Guam, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals